IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Jeffrey D. Strong,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-473-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).


_____      12/21/12
Peter Oppeneer, Clerk of Court                      Date