IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY D. STRONG,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-473-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jeffrey D. Strong against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $3,581.50.

_Peter Oppeneer_        3/20/13
Peter Oppeneer, Clerk of Court    Date